# DECLARATION

CRYSTAL RAYBORN, the Declarant, states on oath and deposes as follows:

1.

My name is Crystal Rayborn. I am over the age of eighteen (18) years and am legally competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge.

2.

I am a resident of Georgia, residing in Woodstock with my husband, Sean Rayborn. Over the past fifteen years, we have desired to purchase a lake house. We found a property in Center, Alabama, and a closing ("Closing") was set for September 2025. The closing firm for the transaction was Shane Givens, LLC ("Closing Law Firm"). In connection with the Closing, we received an email ("Fraudulent Email") with wire instructions purporting to be from Amanda Burton, a paralegal at the Law Firm, on September 26, 2025. A true and accurate copy of this email is attached as Exhibit A to this Declaration. The Fraudulent Email appeared to come from aburton@shanegivenslaw.com. The wire instructions ("Fraudulent Wire Instructions") requested that we wire closing funds to an account at Wells

Fargo, account number xxxxxx6007 (the "Wells Fargo 6007 Account").

3.

On September 29, 2025, in reliance on the Fraudulent Wire Instructions, we wired the sum of $101,928.58 from our personal account at Regions Bank and $4,679 from our business account in the name of GB 1913, Inc., to the Wells Fargo 6007 Account (the "Wire Transfers"), for a total of $106,607.58 from our bank located in Woodstock, Georgia.

4.

After we sent the Wire Transfers, we learned that the Wells Fargo 6007 Account was not affiliated with the Closing or the Closing Law Firm. I do not know the identity of the accountholder of the Wells Fargo 6007 Account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, the 12th day of October, 2025.

Crystal Rayborn

**CRYSTAL RAYBORN**
**Declarant**

Gmail **Crystal Rayborn <crystal.rayborn4@gmail.com>**

## Re: Rayborn - 1290 COUNTY ROAD 212 CENTRE, Alabama, 35960

**Amanda Burton** <aburton@shanegivenslaw.com> Fri, Sep 26, 2025 at 12:03 PM
To: Nancy McAbee <nmcabee@affinityhomelending.com>
Cc: "Sean Rayborn (sean.rayborn1@gmail.com)" <sean.rayborn1@gmail.com>, Crystal Rayborn <Crystal.rayborn4@gmail.com>, Erik Waterman <ewaterman@affinityhomelending.com>

See attached Wiring Instructions

Thank you,

**Amanda Burton**
Paralegal
Shane Givens, LLC
1615 W Main St, Suite A
Centre, Alabama 35960
Phone: (256) 927-7490
Fax: (256) 927-7495
aburton@shanegivenslaw.com

JSG
J. SHANE GIVENS
ATTORNEY AT LAW

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

**From:** Nancy McAbee <nmcabee@affinityhomelending.com>
**Sent:** Friday, September 26, 2025 9:10 AM
**To:** Amanda Burton <aburton@shanegivenslaw.com>
**Cc:** Sean Rayborn (sean.rayborn1@gmail.com) <sean.rayborn1@gmail.com>; Crystal Rayborn <crystal.rayborn4@gmail.com>; Erik Waterman <ewaterman@affinityhomelending.com>
[Quoted text hidden]

[Quoted text hidden]

**Wiring Instructions.pdf**
183K

JSG J. Shane Givens, Attorney at Law JSG
1615 West Main Street, Ste. A, Centre, AL 35960 Telephone: (269) 978-0112 Facsimile: (269) 978-0112

# Wiring Instructions

Bank Information

Wells Fargo Bank, N.A
200 B St Ste 100 FL 1,
Santa Rosa, CA 95401
(269) 978-0112

*Account Information:*
Shane Givens Real Estate Escrow Account
Wells Fargo Bank, N.A
Account # [redacted]6007
ABA # 121000248

***Please send all closing packages and correspondence to:* aburton@shanegivenslaw.com**

Wire instructions we received from attorneys office on 9/24/25 With attached email and where we sent money.

Updated February 2022

REGIONS

## Domestic Wire Transfer Request/Authorization

**Originator/Payment By:**

| | |
|---|---|
| CRYSTAL G RAYBORN<br>NAME | DL [redacted] GA [redacted] 01/15/2025 [redacted]<br>CUSTOMER IDENTIFICATION |
| 711 ELIZABETH TRL<br>STREET ADDRESS | CHECKING<br>ACCOUNT TYPE<br>[redacted]<br>DATE OF BIRTH |
| WOODSTOCK GA 30189-1700<br>CITY/STATE/ZIP | [redacted]<br>ACCOUNT NUMBER<br>[redacted]<br>TAX IDENTIFICATION NUMBER |

**Transfer Instructions:**

$ 101,928.58
WIRE AMOUNT

| | | |
|---|---|---|
| WELLS FARGO BANK, NA<br>TARGET BANK NAME | SAN FRANCISCO CA<br>TARGET BANK CITY, STATE | 121000248<br>TARGET BANK ABA |
| BENEFICIARY BANK NAME | BENEFICIARY BANK CITY, STATE | BENEFICIARY BANK ACCOUNT NUMBER |
| SHANE GIVENS REAL ESTATE ESCROW AC<br>BENEFICIARY'S NAME | 1615 WEST MAIN STREET STE A<br>BENEFICIARY'S ADDRESS | [redacted]6007<br>BENEFICIARY'S ACCOUNT NUMBER |
| | CENTRE AL 35960<br>BENEFICIARY'S CITY, STATE, ZIP, OR COUNTRY | |

Originator to Beneficiary Information (optional):

1290 COUNTY RD 212 CENTRE AL

35960

Bank to Bank Information (optional):

Purpose: HOUSE CLOSING

By signing below:

- Originator authorizes Regions Bank to effect the Funds Transfer described on this request and agrees to be bound by the terms and conditions of the Funds Transfer Agreement provided with this request.
- Originator acknowledges that, once this Funds Transfer is sent, Regions has no way to require other banks to return the wired funds.
- Originator certifies that the information contained in this request is correct, and also confirms that Originator fully intends this Beneficiary/Recipient to receive and keep these funds.

AUTHORIZED SIGNATURE

BANK AUTHORIZED SIGNATURE [signature]

NAME OF CORPORATION/PARTNERSHIP

APPROVING BANK OFFICER

BY: SIGNATORY REPRESENTATIVE NAME (PRINTED)

TITLE

Request Date: 09/29/2025 Wire fee: $ 25.00 Wire Sequence Number: 250929008005

Prepared By: NICOLE MARIE DOVER Branch: 060 03230 TOWNE LAKE

Additional charges may apply for notification services. Notification services are only available to customers that have entered into a separate funds transfer agreement with the Regions Money Transfer Department.

Thank you for banking with Regions!

Form 52137xx
Rev 02/2023

Distribution: ORIGINAL – CUSTOMER
1ST COPY – BRANCH

REGIONS

## Domestic Wire Transfer Request/Authorization

**Originator/Payment By:**

GB 1913 INC
NAME

DL [redacted] GA [redacted] 01/15/2025 [redacted]
CUSTOMER IDENTIFICATION

711 ELIZABETH TRL
STREET ADDRESS

CHECKING
ACCOUNT TYPE

[redacted]
DATE OF BIRTH

WOODSTOCK GA 30189-1700
CITY/STATE/ZIP

[redacted]
ACCOUNT NUMBER

[redacted]-1566
TAX IDENTIFICATION NUMBER

**Transfer Instructions:**

$ 4,679.53
WIRE AMOUNT

WELLS FARGO BANK, NA
TARGET BANK NAME

SAN FRANCISCO CA
TARGET BANK CITY, STATE

121000248
TARGET BANK ABA

BENEFICIARY BANK NAME

BENEFICIARY BANK CITY, STATE

BENEFICIARY BANK ACCOUNT NUMBER

SHANE GIVENS REAL ESTATE ESCROW AC
BENEFICIARY'S NAME

1615 WEST MAIN STREET STE A
BENEFICIARY'S ADDRESS

[redacted]6007
BENEFICIARY'S ACCOUNT NUMBER

CENTRE AL 35960
BENEFICIARY'S CITY, STATE, ZIP, OR COUNTRY

Originator to Beneficiary Information (optional):

PAYDOWN OF CENTRAL LOAN ADMIN FOR
HELOC

Bank to Bank Information (optional):

Purpose: LOAN PAYOFF

By signing below:

- Originator authorizes Regions Bank to effect the Funds Transfer described on this request and agrees to be bound by the terms and conditions of the Funds Transfer Agreement provided with this request.
- Originator acknowledges that, once this Funds Transfer is sent, Regions has no way to require other banks to return the wired funds.
- Originator certifies that the information contained in this request is correct, and also confirms that Originator fully intends this Beneficiary/Recipient to receive and keep these funds.

AUTHORIZED SIGNATURE

BANK AUTHORIZED SIGNATURE

NAME OF CORPORATION/PARTNERSHIP

APPROVING BANK OFFICER

BY: SIGNATORY REPRESENTATIVE NAME (PRINTED)

TITLE

Request Date: 09/29/2025 Wire fee: $ 25.00 Wire Sequence Number: 250929007788

Prepared By: NICOLE MARIE DOVER Branch: 060 03230 TOWNE LAKE

Additional charges may apply for notification services. Notification services are only available to customers that have entered into a separate funds transfer agreement with the Regions Money Transfer Department.

Thank you for banking with Regions!

Form 52137xx
Rev 02/2023

Distribution: ORIGINAL – CUSTOMER
1ST COPY – BRANCH